ACCEPTED
03-14-00416-CV
7359330
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 4:41:30 PM
JEFFREY D. KYLE
CLERK

# WEBB & WEBB

ATTORNEYS AT LAW
712 SOUTHWEST TOWER
211 EAST SEVENTH STREET
AUSTIN, TEXAS 78701

STEPHEN P. WEBB
GWENDOLYN HILL WEBB

TELEPHONE: (512) 472-9990
FACSIMILE: (512) 472-3183

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 4:41:30 PM
JEFFREY D. KYLE
Clerk

October 13, 2015

Ms. Liz Talerico, Deputy Clerk
Third Court of Appeals
Price Daniel Sr. Building
209 W. 14th Street, Room 101
Austin, Texas 78701

RE:     Bradley B. Ware v. Texas Commission of Environmental Quality
153rd District Court, Travis County, Texas
Cause No. D-1-GN-10-002342

Bradley B. Ware v. Texas Commission of Environmental Quality
Third Court of Appeals, Austin, Texas
Cause No. 03-14-00416-CV

SUBJECT:     Notification of Intent to Argue

Dear Ms. Talerico,

Per your written request dated October 8, 2015, this correspondence serves as written notice that the undersigned counsel of record for Appellant, Bradley B. Ware, intends to argue this case before the court on November 18, 2015 at 9:00 a.m.

Should you have any questions, please do not hesitate to contact me at the above referenced number.

Sincerely,

GWENDOLYN HILL WEBB
ATTORNEY FOR BRADLEY B. WARE